1     **Ronald L. Melluish, Esq.  SBN 131182**
       **LAW OFFICES OF RONALD L. MELLUISH**
2     **6506 Cartera Court, Suite 150**
       **Elk Grove, CA  95758-4818**
3     **(916) 683-1599**
       **Fax (916) 683-1782**
4

    **Attorneys for Plaintiff the**
5     **Anthem Life Insurance Company**

6

7

8           **IN THE UNITES STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                    **---o0o---**

11

12     **Anthem Life Insurance Company,**     )     **Case No: 2:05-CV-1788 WBS KJM**
                          )
13            **Plaintiff,**           )
    **vs.**                                    )     **Final Judgment on Stipulation**
14                                  )
    **Lucy C. Herd, Evelyn Dorothy Thomas,**     )
    **and Does 1 through 10, inclusive,**     )
15                                  )
          **Defendants**         )
16 _____ )

17   ‾

18

19        **Based upon the Stipulation of the parties and good cause appearing**

20 **therefor, it is adjudged, decreed and ordered that:**

21        1.     The Clerk of the Court is directed to disburse as follows from the Registry

22 of the Court the funds interpled by Plaintiff the Anthem Life Insurance Company on

23 September 8, 2005:

24          a.     $950.00 by check made payable to the attorneys for the Plaintiff for

25 its fees made payable as follows and mailed to the following address:

26            Ronald L. Melluish
           Attorney at Law
27            6506 Cartera Court, Suite 150
           Elk Grove, CA  95758-4818

28

1    b.    One Half (50%) of the remainder of the funds on deposit by check

2    made payable to Lucy C. Herd and mailed to her at the following address:

3              Lucy C. Herd
               16540 Sheila Road
4              Cottonwood, CA  96022

5    c.    The remaining One Half (50%) of the remainder of the funds on

6    deposit by check made payable to Evelyn Dorothy Thomas and mailed to her at the

7    following address:

8              Evelyn Dorothy Thomas
               c/o Thomas E. Drendel, Esq.
9              Bradley, Drendel & Jeanney
               P.O. Box 1987
10             Reno, NV  89505

11

12    2.    The Anthem Life Insurance Company, its heirs, executors, administrators,

13    shareholders, parent and subsidiary entities, employees, agents, directors, managers,

14    officers, and assigns, are hereby discharged from all liability to all Defendants with

15    respect all claims and causes of action by reason of any claim or dispute which is

16    alleged in connection with the payment or handling of the life insurance policy proceeds

17    of Decedent BILLEY WINDFRED HERD issued to him as an employee of the State of

18    California and a member of the California State Employees Association.

19    3.    Defendants Lucy C. Herd and Evelyn Dorothy Thomas are restrained from

20    instituting or further prosecuting any other proceeding against the Anthem Life

21    Insurance Company in any court effecting the rights and obligations under the

22    referenced policy of life insurance on decedent BILLEY WINDFRED HERD.

23

24    Date:  April 13, 2006

25

26    _____
      WILLIAM B. SHUBB
27    UNITED STATES DISTRICT JUDGE

28

**Final Judgment on Stipulation**

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Sacramento, State of California.

I am over the age of eighteen years and not a party to the within cause.  My

business address is 6506 Cartera Court, Suite 150, Elk Grove, California  95758-4818.

On this date noted below I served the following described documents:

**Stipulation For Disbursal Of Interpled Funds, Discharge Of Insurer, and Entry of
Final Judgment** and [Proposed] **Final Judgment on Stipulation**

in said cause, by depositing in the United States mail at Elk Grove, California, a true

copy thereof enclosed in a sealed envelope with postage thereon fully prepaid,

addressed as follows:

Lucy C. Herd
16540 Sheila Road
Cottonwood, CA  96022

Thomas E. Drendel, Esq.
Attorney for Evelyn Dorothy Thomas
Bradley, Drendel & Jeanney
P.O. Box 1987
Reno, NV  89505

I declare under penalty of perjury under the laws of the State of California that

the foregoing is true and correct and that this declaration is executed on November 23,

2005, at Elk Grove, California.


/S/ Ronald L. Melluish

**Final Judgment on Stipulation**